IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SHANNON HAILEY,

    Plaintiff,

vs.                                                                               No. CIV 12-0549 JB/ACT

WAL-MART STORES, INC.,

    Defendant.

## **FINAL JUDGMENT**

**THIS MATTER** comes before the Court on the Stipulated Order Dismissing Case Without Prejudice, filed September 28, 2012 (Doc. 15)("Order"). In its Order, the Court granted the parties' Unopposed Motion to Dismiss Case Without Prejudice, filed September 28, 2012 (Doc. 14). See Order at 1. Accordingly, the Court dismissed this case. Because the Court's Order disposes of all issues and claims before the Court, the Court now enters final judgment in this matter.

**IT IS ORDERED** that the Plaintiff Hailey's Complaint for Personal Injury and Monetary Damages, filed May 21, 2012 (Doc. 1-1), and the case against Wal-Mart Stores, Inc. are hereby dismissed without prejudice, and final judgment is entered.

                                                                            _____

                                                                         UNITED STATES DISTRICT JUDGE

*Counsel:*

Gregory Gahan                                             Harry Jesse Jacobus, III
Albuquerque, New Mexico                     Tiffany L. Roach
                                                           Modrall, Sperling, Roehl, Harris & Sisk, PA
      *Attorney for the Plaintiff*                Albuquerque, New Mexico

                                                                      *Attorneys for the Defendant*